


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RONNIE LUCKETT,

vs.

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-03-6055 OWW/LJO HC

EDWARD S. ALAMEIDA, etc.,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

  X     Denied for the following reason:

PROCEDURALLY DEFAULTED 2007 LOSS OF CREDITS CLAIM WHICH IS ALSO PROPERLY DENIED ON THE MERITS.

Dated: 10-18-06

OLIVER W. WANGER
United States District Judge